IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUNIUS FORD,<br>    Petitioner, | :<br>:   3:14-cv-02153<br>: |
| v. | :   (Judge Mariani)<br>: |
| SUPERINTENDENT MICHAEL<br>OVERMEYER, *et al.*,<br>    Respondents. | :<br>:<br>: |

## ORDER

**AND NOW**, this ⟨27th⟩ day of April, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** Petitioner's motion to appoint counsel, (Doc. 3), is **DENIED WITHOUT PREJUDICE**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge